THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BAILEY, | CASE NO. C17-0976-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COOK INCORPORATED, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to answer or otherwise respond to the complaint (Dkt. No. 6). This motion is GRANTED. Defendants have until Monday, July 31, 2017 to answer or otherwise respond to the complaint.

DATED this 5th day of July 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER C17-0976-JCC
PAGE - 1