1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BAILEY,

                    Plaintiff,

          v.

COOK INCORPORATED, *et al.*,

                    Defendants.

CASE NO. C17-0976-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to stay all proceedings pending the Judicial Panel on Multi-District Litigation's (JPML) decision on transfer to MDL Number 2570 (Dkt. No. 4). Plaintiff did not file a response in opposition. (*See* Dkt. No. 8 at 2.) On July 3, 2017, the JPML issued an order conditionally transferring this case to MDL 2570. (*Id.*) Given that Plaintiff did not file an opposition to the motion to stay, and because this case is in the process of being transferred, Defendants' motion to stay (Dkt. No. 4) is GRANTED.

This case is STAYED in its entirety until further notice from the Court. Any party may move to lift the stay at any time should the conditional transfer fail. The Clerk is directed to statistically CLOSE this case.

          //

1     DATED this 7th day of July 2017.

2                       William M. McCool
                        Clerk of Court

                       /s/Paula McNabb
                       Deputy Clerk